UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MANUEL MORALES MORALES,<br><br>                    Petitioner,<br><br>    v.<br><br>CHRISTOPHER J. LAROSE, Senior Warde, Otay Mesa Detention Center; PATRICK DIVVER, Field Office Director, San Diego Office of Detention and Removal, U.S. Immigration and Customs Enforcement; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; U.S. DEPARTMENT OF HOMELAND SECURITY; and KRISTI NOEM, Secretary, U.S. Department of Homeland Security.<br><br>                    Respondents. | Case No.:  25cv3859 DMS BJW<br><br>**ORDER REQUIRING RESPONSE** |

On December 31, 2025, Petitioner filed a Petition for Writ of Habeas Corpus and Order to Show Cause Within Three Days; Complaint for Declaratory and Injunctive Relief. Respondents shall file their response to the Petition on or before by **January 8, 2026**.

1

Petitioner shall file his reply on or before **January 12, 2026**. Unless the Court orders otherwise, the matter will be submitted on the papers without oral argument.

To maintain the status quo, Respondents, their officers, agents, servants, employees, attorneys, and other persons who act in concert or participation with Respondents **MUST NOT** transfer Petitioner outside the Southern District of California pending the Court's resolution of the Petition. *See Doe v. Bondi*, Case No.: 25-cv-805-BJC-JLB, 2025 WL 1870979 at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).

**IT IS SO ORDERED**.

Dated: January 5, 2026

Hon. Dana M. Sabraw
United States District Judge