ADAM GORDON
United States Attorney
MARY CILE GLOVER-ROGERS
Assistant U.S. Attorney
California State Bar No. 321254
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-7643
Facsimile: (619) 546-7751
Email: mary.glover-rogers@usdoj.gov

Attorneys for Respondents

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MANUEL MORALES MORALES, | Case No.: 25-cv-03859-DMS-BJW |
| Petitioner, | |
| v. | **ORDER GRANTING RESPONDENTS' UNOPPOSED EX PARTE APPLICATION TO EXTEND HABEAS BRIEFING SCHEDULE** |
| CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center*, et al.,* | |
| Respondents. | |

Good cause appearing, Respondents' Ex Parte Application to Extend the Court's Habeas Briefing Schedule [ECF No. 2] is **GRANTED**. Respondents shall file a response to the Petition for Writ of Habeas Corpus on or before **January 13, 2026**. Petitioner shall file his reply on or before **January 15, 2026**. Unless the Court orders otherwise, the matter will be submitted on the papers without oral argument.

**IT IS SO ORDERED.**

Dated: January 7, 2026

_____
Hon. Dana M. Sabraw
United States District Judge